Fernández, Demandante y Apelante, *v.* Rosado, Demandado y Apelado.

Apelación procedente de la Corte de Distrito de Arecibo en un caso sobre otorgamiento de escritura.

No. 1060.—Resuelto en enero 26, 1914.

Jurisdicción del Tribunal Supremo—Apelación en Casos Originados en las Cortes Municipales—Cuantía Litigiosa.—Para que esta corte tenga jurisdicción de una apelación en un caso originado en una corte municipal, es necesario que el apelante pruebe de modo positivo que la cuantía litigiosa excede de $300.

Id.—Cuantía Litigiosa Según la Demanda—Reconvención.—Esta corte no tiene jurisdicción para conocer de una apelación en un caso originado en una corte municipal en el que el precio convenido de una casa según la demanda era

de $225, a pesar de que en la contestación y reconvención se alegó que la casa valía $425, habiendo la corte de distrito declarado sin lugar tanto la demanda como la reconvención, sin que se hubiera demostrado el valor actual de la casa, y habiendo sido interpuesta la apelación para ante esta corte por la parte demandante.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Pedro González.*

Abogado del apelado: *Sr. José S. Alegría.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El demandante y apelante Alejandro Fernández García, presentó una demanda en la Corte Municipal de Manatí contra Ramón Rosado para que le otorgara escritura de venta de un solar radicado en Barceloneta, de la jurisdicción de Arecibo. El convenio sobre la venta se hizo, según alega el demandante, en el año 1909, siendo la suma estipulada la de $225. Se ha alegado en la demanda que luego y en diferentes ocasiones, el demandante pagó al demandado la suma total de $202.75, quedando por pagar la suma de $22.75. El demandante alegó que ofreció el pago de dicho saldo al demandado, ofrecimiento que volvió a hacer en el juicio, y suplicó a la corte ordenara al demandado que le otorgara la escritura de dicha venta. El demandado en su contestación admitió el convenio sobre la venta, pero negó que el precio fuera de $225. Formuló también una reconvención reclamando la suma de $425 como precio de la venta, solicitando además que se condenara al demandante a pagar la suma total, negando a la vez que se le hubiera satisfecho parte alguna de dicha cantidad.

La Corte de Distrito de Arecibo declaró sin lugar tanto la demanda como la reconvención.

Para que este tribunal pueda tener jurisdicción en apelación cuando el caso se origina en la corte municipal, la suma en controversia deberá exceder de $300. Artículo 295 del Código de Enjuiciamiento Civil, según ha quedado enmendado en las leyes de 1905, página 213. No sólo esto es así,

sino que el apelante deberá probar de modo positivo que la cantidad en controversia excede de $300, para que esta corte pueda adquirir jurisdicción.

En lo que respecta a la suma jurisdiccional, en esta apelación sólo se trata del valor de la casa. El hecho de haber archivado el demandado su reconvención alegando que el valor de la casa es de $425 y exigiendo el pago de dicha cantidad, no afecta en modo alguno a la cuestión, puesto que la Corte de Distrito de Arecibo declaró sin lugar dicha reconvención. Alega la demanda que el precio de venta de la casa en el año 1909 fué el de $225. El apelado en su contestación sostiene que valía $425. Aunque puede haber aumentado el valor de la propiedad desde el año 1909, y ser hoy éste de más de $300, tal alegación no fué hecha en la demanda ni apareció de la prueba, siendo el precio de la venta la cuestión debatida ante la corte de distrito.

No existe nada ante esta Corte Suprema de donde aparezca que la suma jurisdiccional está envuelta en la controversia, y debe desestimarse la apelación.

*Desestimada la apelación por falta de jurisdicción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.